IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.: 7:12-CV-00331-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| v. | ) | **ORDER** |
| $39,000.00 IN U.S. CURRENCY | ) | |
| Defendant | ) | |

Upon consideration of Plaintiff's unopposed Motion to Compel (DE 20), it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that Claimant shall fully respond to the Plaintiff's First Set of Interrogatories and request for production of documents within ten (10) days of the date of this Order. Failure to comply with this Order may result in the his claim and answer being stricken and default judgment entered. Claimant who, by virtue of having filed a claim for the return of seized property has invoked the authority of this Court

SO ORDERED this 25th day of September, 2013.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE