IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:12-CV-331-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| $39,000.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's 1 November 2013 motions to strike the claim and answer of Abdo M. Alsaidi ("Claimant") and enter default judgment as to the defendant currency. (DE ## 28, 29.) Claimant did not file a response to the government's motions. By order of 6 February 2014, Claimant was ordered to show cause within 30 days why his claim and answer should not be stricken and default judgment entered in favor of the government and was warned that if he failed to respond to the order, the government's motions would be allowed and his claim dismissed. (DE # 31.) The time within which Claimant had to respond to the order has now expired, and he has filed nothing. Accordingly, for the reasons stated in the show cause order, the government's motions are ALLOWED. The Clerk is DIRECTED to strike the claim and answer, (DE ## 7, 10), and to enter default judgment against defendant. Defendant is hereby forfeited to the United States to be disposed of according to law.

This 24 March 2014.

_____
W. Earl Britt
Senior U.S. District Judge