UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| United States of America, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **JUDGMENT** | |
| ) | | |
| $39,000.00 in U.S. Currency, ) | 7:12-CV-331-BR | |
| ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the government's motions to strike the claim and answer are allowed and the government's motion for default judgment is allowed. The Clerk is DIRECTED to strike the claim and answer (DE ## 7, 10) and to enter default judgment against defendant. Defendant is hereby forfeited to the United States to be disposed of according to law.

**This judgment filed and entered on March 24, 2014, and served on:**

Stephen A. West (via CM/ECF Notice of Electronic Filing)
Abdo M. Alsaidi (via US Mail at 11515 149th Avenue #2, South Ozone Park, NY 11420)

March 24, 2014                          /s/ Julie A. Richards,
                                              Clerk of Court